IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00462-BNB

DELAREE ROSS,

    Plaintiff,

v.

ADAMS CO. DISTRICT ATTORNEY OFFICE,
AURORA P. DEPT. (false arrest),
AURORA P.O. MR. GALLEGOS (filed false criminal offense #02-CR-2528), and
DISTRICT ATTORNEYS (false witnesses #02-CR-2528),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2007

GREGORY C. LANGHAM
              CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Delaree Ross, is confined at the Adams County Detention Facility in Brighton, Colorado. Ms. Ross initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that her constitutional rights were violated. The court must construe the complaint liberally because Ms. Ross is representing herself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, Ms. Ross will be ordered to file an amended complaint.

The court has reviewed the complaint filed by Ms. Ross and has determined that the complaint is deficient. First, it is not clear who the Defendants in this action are. Ms. Ross lists four Defendants in the caption of the complaint, but only one Defendant is listed in the section of the complaint that describes who the parties are and provides space to list each Defendant's address. Ms. Ross must clarify the parties to this action

in the amended complaint she will be ordered to file. In addition to clarifying who the Defendants are, Ms. Ross also must provide a complete address for each Defendant so that all of the Defendants may be served in this action. Ms. Ross is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." ***Conn v. Gabbert***, 526 U.S. 286, 290 (1999). Therefore, Ms. Ross should name as Defendants in the amended complaint the individuals or entities she believes actually violated her constitutional rights.

The complaint also fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a pleading are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See **Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas***, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See **TV Communications Network, Inc. v. ESPN, Inc.***, 767 F. Supp. 1062, 1069 (D. Colo. 1991), ***aff'd***, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate

2

the requirements of Rule 8.

As noted above, Ms. Ross asserts her complaint pursuant to 42 U.S.C. § 1983. However, she fails to set forth a short and plain statement of her claims showing that her constitutional rights have been violated and that she is entitled to relief. It is clear that Ms. Ross believes she was false accused and wrongly convicted of a crime in Adams County District Court in 2002 and that the conviction was reversed on appeal on May 5, 2005. It is not clear specifically how the Defendants allegedly violated Ms. Ross' constitutional rights. Therefore, Ms. Ross must submit an amended complaint that complies with the pleading requirements of Rule 8 if she wishes to pursue her claims in this action. Accordingly, it is

ORDERED that Ms. Ross file, **within thirty (30) days from the date of this order**, an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Ross, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Ms. Ross fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the complaint and the action will be dismissed without further notice.

DATED April 13, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00462-BNB

Delaree Ross
Prisoner No. 06-17419
Adams County Det. Facility
PO Box 5001
Brighton, CO 80601

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 4/13/07

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk