IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00462-BNB

DELAREE ROSS,

    Plaintiff,

v.

AURORA P.O. MR. GALLEGOS, false arrest & reporting,
ADAMS CO. D.A. JAMIN ALIBASO, wrongful conviction,
ADAMS CO. D.A. STACEY MOORE, wrongful conviction,
FORENSIC CHEMIST MARY JO McCAULEY, testified w/o presenting any proof of
    physical evidence, and
HON. JUDGE THOMAS R. ENSOR, illegal sentence – false imprisonment,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 1 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE FINAL AMENDED COMPLAINT

---

Plaintiff, Delaree Ross, was confined at the Adams County Detention Facility in Brighton, Colorado, when she initiated this action. In a letter to the court filed on May 4, 2007, Ms. Ross states that she has been released from custody. Ms. Ross initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that her constitutional rights were violated. On April 13, 2007, the court ordered Ms. Ross to file an amended complaint that clarifies who the Defendants in this action are and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On April 27, 2007, the court granted Ms. Ross' request for additional time to file her amended complaint. On April 30, 2007, Ms. Ross filed two different amended complaints using the case number for this action. On May 1, 2007, she filed a letter to the court that includes further amendments and an additional claim. On May 4, 2007,

Ms. Ross filed another amended complaint using the case number for this action. Although all of the amended complaints are similar, they are not identical. Therefore, Ms. Ross will be directed to file a final amended complaint that includes all of the claims she wishes to pursue in this action. Any copies of the final amended complaint that Ms. Ross submits to the court must be identical to the original. Because Ms. Ross no longer is incarcerated, the clerk of the court will be directed to provide Ms. Ross with the proper form for a nonprisoner complaint. Ms. Ross is reminded that the final amended complaint she files in response to this order must clearly identify who the Defendants to this action are and also must comply with the pleading requirements of Rule 8. Accordingly, it is

ORDERED that Ms. Ross file, **within thirty (30) days from the date of this order**, a final amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Ross, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Ms. Ross fails within the time allowed to file a final amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED May 11, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00462-BNB

Delaree Ross
3380 Leyden Street
Denver, CO 80202

I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint form** to the above-named individuals on 5/11/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk