IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00462-LTB-MEH

DELAREE ROSS,

    Plaintiff,

v.

DAVID GALLEGOS, Aurora P.O., and
MARY JO MCCAULEY, Aurora Police Dept. Forensic Chemist,

    Defendants.
_____

**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE OR
TO RE-FILE REQUEST TO PROCEED *IN FORMA PAUPERIS***
_____

By an Order entered March 22, 2007 (doc # 7), Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), Plaintiff was required to make "monthly payments of 20 percent of the preceding month's income credited to her account" until the filing fee was paid in full. In the Order granting Plaintiff leave to proceed *in forma pauperis*, Plaintiff was instructed either to make the required monthly payments or to show cause **each month** why she has no assets and no means by which to make the monthly payment. In order to show cause, Plaintiff was directed to file a certified copy of her inmate trust fund account statement. Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

On April 11, 2007, Plaintiff filed an inmate trust fund account statement in accordance with the March 22, 2007 Order, and has filed no other statements since that time. It appears that Plaintiff was no longer incarcerated as of April 30, 2007 when she filed a second Prisoner

Complaint listing her address at a private residence [*see* doc #16].  Since then, Plaintiff has failed to make payments (except for a $10 payment on August 17, 2007) or to show cause why she has no assets and no means by which to make the payments for the months of May, June, July, and September 2007.  Therefore, Plaintiff will be ordered either to make the required payment for the outstanding balance of the filing fee or to re-file her request to proceed *in forma pauperis*.

If the Plaintiff chooses to re-file her request to proceed *in forma pauperis*, she may procure a form Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 from the Clerk of the Court or from the court's website at www.cod.uscourts.gov.  Once filed, the Court will reassess Plaintiff's ability to make the required payments in this matter.

Therefore, IT IS ORDERED that by **October 15, 2007**, Plaintiff shall either make the required payment for the outstanding balance of the filing fee or re-file her request to proceed *in forma pauperis* in this matter.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this order, the complaint and this civil action may be dismissed without further notice.

DATED: September 27, 2007.

                                                 BY THE COURT:

                                                 s/Michael E. Hegarty
                                                 Michael E. Hegarty
                                                 United States Magistrate Judge