**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00462-LTB-MEH

DELAREE ROSS,

       Plaintiff,

v.

AURORA P.O. DAVID GALLEGOS, False reporting/arrest, and
FORENSIC CHEMISTS MARY JO McCAULEY, Testified w/o presenting proof of physical
evidence,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary

Dismissal With Prejudice (Doc 50 - filed December 18, 2007), and the Court being fully

advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                       BY THE COURT:


                        s/Lewis T. Babcock
                       Lewis T. Babcock, Judge

DATED:   December 20, 2007